United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

)))))))))))))))))))))))))))
No. 04-30969
(consolidated with No. 04-31035)

)))))))))))))))))))))))))))

CHUYEN DANG,

Plaintiff-Appellee,

versus

M-I, L.L.C.,

Defendant-Appellant,

---

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:02-cv-03667-GTP

---

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit
Judges.

PER CURIAM:[1]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.